State v. Scott

---

---

STATE OF NORTH CAROLINA v. WINFRED EUGENE SCOTT

No. 7319SC557

(Filed 19 September 1973)

APPEAL by defendant from Seay, Judge, 5 March 1973 Session of Superior Court held in RANDOLPH County.

Defendant was charged with operating a motor vehicle upon the public highways while under the influence of intoxicating liquor in violation of G.S. 20-138. He was tried and found guilty in the District Court. Upon his appeal he was tried de novo in the Superior Court and again found guilty. An active sentence of six months was imposed. Defendant appealed to this Court.

Attorney General Morgan, by Assistant Attorney General Ray, for the State.

Ottway Burton for the defendant.

BROCK, Chief Judge.

With considerable tenacity, defendant has brought forward seventeen exceptions grouped in five assignments of error. We have carefully considered each and find that they present no new or novel question. We feel, therefore, that a seriatim discussion would serve no useful purpose.

In our opinion defendant had a fair trial, free from prejudicial error.

No error.

Judges MORRIS and PARKER concur.